ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: rlarsen@gordonrees.com

*Attorneys for Navy Federal Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY W. RANDALL,<br><br>  Plaintiff,<br><br>vs.<br><br>COAST TO COAST FINANCIAL SOLUTIONS, INC.; NAVY FEDERAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No.:  2:16-CV-01653-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Garry W. Randall ("Plaintiff"), and Defendant Navy Federal Credit Union ("NFCU"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on July 13, 2016 [ECF No. 1].

2. NFCU was served with process on or about July 26, 2016.

3. NFCU recently retained counsel and a short extension is necessary to allow NFCU's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and NFCU also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for NFCU to respond to the Complaint until September 6, 2016.  This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

5. NFCU requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. Therefore, the parties agree that NFCU's response to the Complaint is now due on or before **September 6, 2016**.

DATED: August 15th, 2016.                                DATED: August 15th, 2016.

GORDON & REES LLP                                        HAINES & KRIEGER, LLC

*/s/ Robert S. Larsen*                                   */s/ David H. Krieger*
ROBERT S. LARSEN, ESQ.                                   DAVID H. KRIEGER, ESQ.
Nevada Bar No. 7785                                      Nevada Bar No. 9086
300 South Fourth Street, Suite 1550                      8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89101                                  Las Vegas, NV 89123

*Attorneys for Navy Federal Credit Union*                *Attorneys for Plaintiff Garry W. Randall*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2016