UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARRY W. RANDALL, | Case No. 2:16-cv-01653-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| COAST TO COAST FINANCIAL SOLUTIONS, INC. | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 21) between Plaintiff and Defendant Experian Information Solutions, Inc. The parties request 60 days to complete the settlement and to file dismissal documents. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **March 7, 2017,** to file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

DATED this 9th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE